# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Reginald Upshaw
Plaintiff

v.

Nancy Jane Normon,
Mike Sommer,
Mark Peterson,
Bruce Hatton,
Nicole Shea and
Sgt. R. Kreyer

Defendants

Case No. Civil 00-1590 JRT/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiff's complaint is dismissed without prejudice. Plaintiffs's application to proceed without prepayment of fees is denied. Plaintiff is required to pay the unpaid balance of the court filing fee.

DATE: December 14, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk